

### AbolisherWalletHack

| To | Token | Amount |
|---|---|---|
| 0x95f0d3169e8734f300a91Bce591f543F246485Fa | SHIBA INU(SHIB) | 41,881,332,772.89 |
| 0x95f0d3169e8734f300a91Bce591f543F246485Fa | Hokkaidu Inu(HOKK) | 90,934,964,476,560.50 |
| 0x95f0d3169e8734f300a91Bce591f543F246485Fa | Kishu Inu(KISHU) | 6,677,846,866,673.65 |
| 0x95f0d3169e8734f300a91Bce591f543F246485Fa | Akita Inu(AKITA) | 1,985,208,578.34 |
| 0x95f0d3169e8734f300a91Bce591f543F246485Fa | FEGtoken(FEG) | 1,382,788,310,243.34 |
| 0x95f0d3169e8734f300a91Bce591f543F246485Fa | Hydro(HYDRO) | 53,436.64 |
| 0x95f0d3169e8734f300a91Bce591f543F246485Fa | PAID Network | 123.3706939 didnt track |
| 0x95f0d3169e8734f300a91Bce591f543F246485Fa | DigiCOL Token | 578.2659609 didnt track |















