UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DAVID GONZALEZ, <br><br> Plaintiff, <br><br> v. <br><br> BAM TRADING SERVICES, INC., *et al.*, <br><br> Defendant. | Civil Action No. 2:24-cv-10286 (BRM) <br><br> **ORDER FOR ADMISSION *PRO HAC VICE* OF DANIEL T. STABILE, ESQ., GEORGE E. MASTORIS, ESQ., THANIA (ATHANASIA) CHARMANI, ESQ., AND GABRIELA A. PLASENCIA, ESQ.** |

**THIS MATTER**, having been presented to the Court by Winston & Strawn LLP, attorneys for Defendant BAM Trading Services, Inc., in the above-captioned matter, on notice to Plaintiff David Gonzalez, for the entry of an Order allowing Daniel T. Stabile, Esq., George E. Mastoris, Esq., Thania (Athanasia) Charmani, Esq., and Gabriela A. Plasencia, Esq., to appear and participate *pro hac vice* on behalf of BAM Trading Services, Inc., with consent from Counsel to Plaintiff David Gonzalez, and the Court having considered the certifications submitted herewith, and for good cause shown pursuant to Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey:

**IT IS** on this  13th  day of  November , 2024;

**ORDERED** that the application for admission *pro hac vice* of Daniel T. Stabile, Esq., is hereby **GRANTED**;

**ORDERED** that the application for admission *pro hac vice* of George E. Mastoris, Esq., is hereby **GRANTED**;

**ORDERED** that the application for admission *pro hac vice* of Thania Charmani, Esq., is hereby **GRANTED**;

**ORDERED** that the application for admission *pro hac vice* of Gabriela A. Plasencia, Esq., is hereby **GRANTED**; and it is further

**ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by a member of the bar of this Court pursuant to L. Civ. R. 101.1(c)(4), and that Kerry C. Donovan, Esq., an attorney admitted and in good standing with this Court, shall be held responsible for said papers and for the conduct of the case and shall be held responsible for the conduct of the attorneys admitted *pro hac vice* pursuant to this Order; it is further

**ORDERED** that Daniel T. Stabile, Esq., George E. Mastoris, Esq., Thania Charmani, Esq., and Gabriela A. Plasencia, Esq., shall each make a payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a), and continue to make payments for each year in which counsel represent the client in this matter in accordance with Local Civ. R. 101.1(c)(2); and it is further

**ORDERED** that Daniel T. Stabile, Esq., George E. Mastoris, Esq., Thania Charmani, Esq., and Gabriela A. Plasencia, Esq., shall be deemed to have agreed to have taken no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended, pursuant to Local Civ. R. 101(c)(4); and it is further

**ORDERED** that Daniel T. Stabile, Esq., George E. Mastoris, Esq., Thania Charmani, Esq., and Gabriela A. Plasencia, Esq., shall each pay $250.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civ. R. 101.1(c)(3); and it is further

**ORDERED** that counsel for the moving party provide a copy of this Order to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:21-2(a).

*s/ Cathy L. Waldor*
———————————————
Honorable Cathy L. Waldor
United States Magistrate Judge