

North America  Europe  Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**KERRY C. DONOVAN**
(212) 294-3511
kcdonovan@winston.com

October 27, 2025

<u>**VIA ECF**</u>

Honorable Cari Fais, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   *Gonzalez v. BAM Trading Services, Inc., et al.*, No. 2:24-cv-10286 (BRM)

Dear Judge Fais:

We write on behalf of Defendants BAM Trading Services Inc. ("BAM") and Binance Holdings, Ltd. ("BHL") and on behalf of Plaintiff David Gonzalez (together with Defendants, the "Parties"). An initial scheduling conference pursuant to Rule 16 is currently scheduled for November 24, 2025, at 10:30 a.m.

We are writing to respectfully request that the Rule 16 conference be adjourned. As the Court is aware, Defendants have filed motions to dismiss pursuant to Rule 12(b)(2) for lack of jurisdiction, which have been fully briefed since September 22, 2025.  *See* Dkt. Nos. 64, 65.  Those motions raise threshold jurisdictional issues that, if granted, would narrow, or potentially obviate, the scope of the dispute and discovery to be conducted, and dispose of or otherwise expedite the resolution of the case.

In light of the foregoing, any Rule 26(f) conferences, as well as the Rule 16 conference, will likely be more focused, streamlined, and productive after the Court decides Defendants' pending 12(b)(2) motions.

Accordingly, the parties respectfully request that the November 24, 2025 Rule 16 conference be adjourned and rescheduled after a decision is issued on Defendants' pending 12(b)(2) motions, and that discovery be stayed in the interim. We have included a "So Ordered" provision at the end of this letter if this proposal is acceptable.

We are available to discuss the foregoing at Your Honor's convenience.

**WINSTON & STRAWN LLP**

October 27, 2025
Page 2

Respectfully submitted,

s/ Kerry C. Donovan
Kerry C. Donovan

cc:   All counsel of record (by ECF)

**SO ORDERED** this __28th__ day of October 2025

*s/ Cari Fais*
HONORABLE CARI FAIS
United States Magistrate Judge